# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MIIX INSURANCE CO. IN REHABILITATION GHS-PARKVIEW HOSPITAL, | : No. 708 EAL 2007 <br> : <br> : <br> : Petition for Allowance of Appeal from the <br> : **Unpublished Opinion and Order** of the <br> : Superior Court at No. 3553 EDA 2006 filed <br> : November 26, 2007, **affirming** the Order <br> : of the Philadelphia County Court of <br> : Common Pleas at Nos. December Term, <br> : 2005 and No. 001823 filed November 29, <br> : 2006 |
| Petitioners | |
| v. | |
| SCOTT EPSTEIN, D.O. AND RENEE MARIE BENDER, D.O., | : <br> : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of August, 2015, the stay is **DISSOLVED**, and the Petition for Allowance of Appeal is **DISMISSED**.